THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HAM, Appellant.— Judgment of the County Court, Nassau County, rendered July 13, 1973, affirmed (CPL 470.05, subd. 1; *People* v. *Brown*, 28 N Y 2d

282). Hopkins, Acting P. J., Shapiro, Christ, Brennan and Munder, JJ., concur.